February 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JUDSON LINNABARY, Appellant

NO. 14-12-01113-CV                            V.

GREGORY A. WARD, DURADRIL, LLC AND RIGMINDER, INC., Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 12, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Judson Linnabary.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.